IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ANNA DENISE KARADIMAS, | ) | CASE NO. 1:14-CV-00687 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | KATHLEEN BURKE |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| | ) | **MEMORANDUM** |
| Defendant. | ) | **OPINION AND ORDER** |

On November 24, 2014, the parties filed a Joint Motion for Remand requesting that the Court remand this matter for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Doc. 18. The parties agree that:

> Upon remand, the Judge shall reevaluate and further explain the weight given to Dr. Mushtaq Mahmood's opinions and all opinions pursuant to the provisions of 20 C.F.R. § 416.927 and Social Security Rulings 96-2p, 96-5p, and 96-6p, and explain the weight given to such opinion evidence; shall proceed with the sequential evaluation process if the claimant is found to have a severe impairment; and shall obtain additional evidence as necessary.

Doc. 18.

The Court hereby GRANTS the parties' Joint Motion for Remand (Doc. 18) and reverses and remands this matter for further proceedings consistent with the parties' agreement as set forth in their Joint Motion for Remand.

Dated: November 25, 2014

_____
Kathleen B. Burke
United States Magistrate Judge

1